UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00245-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEREMY TODD BROWN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict with the Court's schedule, the Change of Plea hearing set for Tuesday, December 20, 2011 at 11:00 a.m. is **VACATED and RESET** for **Monday, January 3, 2012 at 11:00 a.m., in courtroom A-1002.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: November 30, 2011.